**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
|     INSTRUMENTATION AND CONTROLS, INC., | : | **Chapter 11** |
| | : | |
|     Debtor. | : | Bky. No. 13-17059 ELF |
| | : | |
| INSTRUMENTATION AND CONTROLS, INC., ICI GREEN, L.L.C., | : | |
| | : | |
|     Plaintiffs, | : | |
| | : | |
|     5. | : | |
| | : | |
| NORTHEAST UNION, INC., | : | Adv. No. 13-0563 |
| | : | |
|     Defendant. | : | |

# **O R D E R**

**AND NOW,** upon consideration of the Plaintiffs' Motion for Judgment on the Pleadings ("the Motion") and the Defendant's Answer thereto, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that the Motion is **DENIED**.

**Date: March 18, 2014**

          **ERIC L. FRANK**
          **CHIEF U.S. BANKRUPTCY JUDGE**